IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY SANCHEZ,

    Plaintiff,

vs.                                              Civ. No. 12-1122 KG/WPL

MICHAEL JIMENEZ, individually and in his official capacity as
The Administrator of the Grant County Detention Center,
JON SAARI, individually and in his official capacity as Grant County Manager
and as supervisor of Michael Jimenez,
THE BOARD OF COUNTY COMMISSIONERS
OF GRANT COUNTY, NEW MEXICO, in its official
Capacity and as the supervisor of Jon Saari and Michael Jimenez,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES LOCAL 2516,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES COUNCIL #18,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted in part Defendants' Motion for Summary Judgment (Doc. 44) by a Memorandum Opinion and Order entered contemporaneously with this Partial Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Board of County Commissioners of Grant County on Counts II and V of the First Amended Complaint (Doc. 30);

2.  summary judgment is entered in favor of Defendant Michael Jimenez on Count III of the First Amended Complaint;

3.  summary judgment is entered in favor of Defendant Jon Saari on Count IV of the First Amended Complaint;

4.  summary judgment is entered in favor of Defendants Board of County Commissioners of Grant County and Saari on Count VII of the First Amended Complaint; and

5.  Counts II, III, IV, V, and VII of the First Amended Complaint are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE