IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY SANCHEZ,

    Plaintiff,

vs.                                                                                            Civ. No. 12-1122 KG/WPL

MICHAEL JIMENEZ, individually and in his official capacity as
The Administrator of the Grant County Detention Center,
JON SAARI, individually and in his official capacity as Grant County Manager
and as supervisor of Michael Jimenez,
THE BOARD OF COUNTY COMMISSIONERS
OF GRANT COUNTY, NEW MEXICO, in its official
Capacity and as the supervisor of Jon Saari and Michael Jimenez,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES LOCAL 2516,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES COUNCIL #18,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having entered a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment and having granted the motion for summary judgment portion of Defendant AFSCME Local 2516's Motion for Summary Judgment, or in the Alternative, Motion to Compel Arbitration (Doc. 47) and determined to *sua sponte* grant summary judgment on Count I of the First Amended Complaint (Doc. 30),

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Board of County Commissioners of Grant County on Count I of the First Amended Complaint;

2. Count I is dismissed with prejudice;

3. summary judgment is entered in favor of Defendants The American Federation Of State, County and Municipal Employees Local 2516, and The American Federation Of State, County and Municipal Employees Council #18 on Count VIII of the First Amended Complaint; and

4. Count VIII is dismissed with prejudice.

```
_____
UNITED STATES DISTRICT JUDGE
```