IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY SANCHEZ,

    Plaintiff,

vs.                                                                                         Civ. No. 12-1122 KG/WPL

MICHAEL JIMENEZ, individually and in his official capacity as
The Administrator of the Grant County Detention Center,
JON SAARI, individually and in his official capacity as Grant County Manager
and as supervisor of Michael Jimenez,
THE BOARD OF COUNTY COMMISSIONERS
OF GRANT COUNTY, NEW MEXICO, in its official
Capacity and as the supervisor of Jon Saari and Michael Jimenez,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES LOCAL 2516,

And

THE AMERICAN FEDERATION OF STATE, COUNTY
AND MUNICIPAL EMPLOYEES COUNCIL #18,

    Defendants.

## ORDER OF REMAND

Having determined to remand this case by a Memorandum Opinion and Order entered contemporaneously with this Order of Remand,

IT IS ORDERED that this matter is remanded to the Sixth Judicial District Court, County of Grant, State of New Mexico, including the motion to compel arbitration (Doc. 47), filed August 27, 2013.

_____
UNITED STATES DISTRICT JUDGE